

IN THE
TENTH COURT OF APPEALS

No. 10-17-00254-CR

JASON ALAN MCCONNELL,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 15-03699-CRM-CCL1

ORDER

Appellant's brief was originally due February 26, 2018. After two extensions of time were granted, Appellant's brief was due June 1, 2018. Appellant has now requested a 15 day extension because counsel recently discovered that he only had a limited time to access the reporter's record through a link provided by the reporter and has not had access to the record.

The Court questions why counsel had not discovered this potential problem in the five months since the record has been filed. The Court also questions whether counsel

can read the record, given that counsel may not have had access to it until the afternoon of May 28, 2018, and prepare and file an adequate brief within, at most, 17 days.

Nevertheless, the Court grants appellant's motion, and appellant's brief is due June 15, 2018. The failure to timely file appellant's brief will result in the Court abating this appeal to determine if appellant is receiving effective assistance of counsel.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed June 13, 2018

